**Response to Defendants' Motion for Leave to File Reply Brief**

---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

**Plaintiff: MOHAMED LY, et. al.**

**Defendants: AIRBNB, INC., BRIAN CHESKY, STEPHEN BRIGHENTI**

**Case No: 3:24-cv-30002-MGM Ly v. Airbnb**

---

## MOTION TO FILE MEDICAL RECORDS UNDER SEAL

Honorable Judge Mastroianni,

I, Mohamed Ly, the main Plaintiff in the aforementioned case, hereby move this Honorable Court for an Order permitting the filing of certain medical records under seal, pursuant to the rules and regulations governing confidentiality.

**Background:**

The medical records in question contain sensitive and private health information, including details regarding respiratory and neural issues resulting from exposure to mold and other toxins. As this information is of a highly personal nature, I seek the Court's authorization to file these records under seal to protect my privacy and adhere to the relevant legal and ethical standards.

**Legal Basis:**

I respectfully request that the Court grant this motion in accordance with the applicable rules and regulations governing the filing of confidential or sensitive information. The submission of medical records under seal is essential to prevent unwarranted invasion of privacy while still ensuring that pertinent evidence is considered in the resolution of this case.

For the reasons stated above, I respectfully request that this Honorable Court grant this motion and permit the filing of the attached medical records under seal.

Thank you for your attention to this matter.

Respectfully submitted,

Mohamed Ly