UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mohamed Ly,

       Plaintiff                                    Civil Action No. 24-cv-30002-MGM

         v.

Chesky et al.,

       Defendants

ORDER OF DISMISSAL
May 17, 2024

**MASTROIANNI, U.S.D.J.**

Pursuant to Order (Dkt. No. 25) issued on May 15, 2024, it is hereby ORDERED

that the above-entitled action be and hereby is dismissed for lack of jurisdiction.

By the Court,

May 17, 2024                    /s/ *Mark G. Mastroianni*
    Date                              Mark G. Mastroianni
                     U.S. District Judge